UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 08-00875-001 |
| | : |
| | : <u>TRAVEL ORDER WHILE ON PRE-TRIAL</u> |
| v. | : <u>SUPERVISION</u> |
| | : |
| JESUS RINCON | : |

This matter having come before the Court on the application of defendant Jesus Rincon, by Peter M. Carter, Esq., Assistant Federal Public Defender, for an order allowing Mr. Rincon to travel to Colombia, South America from October 10 through October 16, 2009. *See reasons below.*

IT IS, THEREFORE, on this the _14_ day of October, 2008

ORDERED that Mr. Jacques time to travel to Colombia, South America from October 10 through October 16, 2009 *is denied*.

_____

HONORABLE PETER G. SHERIDAN

United States District Court Judge

Reasons:
- Mr Rincon's father lives in Colombia. He is ill; but the doctor who is treating father does not indicate that the father is near death. Secondly, the property previously posted by Mr. Rincon is now subject to foreclosure, leaving very few assets in the United States. Third, the sentence should commence on time, rather than delaying same.